ELLEN F. ROSENBLUM
Attorney General
ROBERT E. SULLIVAN #983539
Senior Assistant Attorney General
NATHAN K. RIEMERSMA #164699
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Robert.Sullivan@doj.state.or.us
         Nathan.K.Riemersma@doj.state.or.us

Attorneys for Defendants Clements, and Gulick, and State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NATHAN WAYNE GALLOWAY,<br><br>Plaintiff,<br><br>v.<br><br>GARTH GULICK, ASHLEY CLEMENTS, STATE OF OREGON, JOHN DOES 1-5,<br><br>Defendants. | Case No.  2:18-CV-00923-JO<br><br>STIPULATED GENERAL JUDGMENT |

**GENERAL JUDGMENT**

Based upon stipulation of the parties that this case has been fully resolved and Plaintiff has agreed to voluntarily dismiss his lawsuit with prejudice. The parties agree that each party shall pay its own costs, fees, and attorney fees, and the Parties stipulate that a General Judgment of Dismissal with Prejudice may be entered as to all parties and all claims. Pursuant to the Settlement Agreement, the Honorable Judge Stacie F. Beckerman will maintain jurisdiction to resolve any enforcement of the terms and conditions of the settlement.

Page 1 -   STIPULATED GENERAL JUDGMENT
            RS/bl2/

IT IS HEREBY ORDERED AND ADJUDGED that that this case be dismissed with prejudice, and without fees or costs to any party.

DATED: July 30, 2021

_____
HONORABLE ROBERT JONES
U. S. District Court Judge

Submitted by: Nathan Riemersma
Senior Assistant Attorney General
Attorneys for Defendants

Page 2 -   STIPULATED GENERAL JUDGMENT
RS/bl2/

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791